UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS ROCHE,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY<br>ASSOCIATES, LLC, *et al.*,<br><br>　　　　Defendants. | Case No. 12-cv-835-L(WMC)<br><br>**ORDER GRANTING JOINT<br>MOTION TO DISMISS WITH<br>PREJUDICE [DOC. 10]** |

　　　　Pending before the Court is the parties' joint motion to dismiss this action in its entirety with prejudice. The motion indicates that the parties have entered into a settlement agreement. Having read and considered the moving papers, and good cause appearing, the Court **GRANTS** the motion. (Doc. 10.) In accordance with the parties' stipulation, each party shall bear their attorneys' fees and costs.

　　　　**IT IS SO ORDERED.**

DATED: August 7, 2012

　　　　　　　　　　　　　　　　　　　　M. James Lorenz
　　　　　　　　　　　　　　　　　　　　United States District Court Judge

COPY TO:
HON. WILLIAM MCCURINE, JR.
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL